IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

| | |
|---|---|
| DONNA M. HARRAH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:12-cv-00027-RAJ-TEM |
| ) | |
| CITICORP CREDIT SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## APPENDIX OF AUTHORITIES
(Memoranndum in Support of Motion to Compel Arbitration and Stay Action

Exhibit 1   *Garrett v. Margolis, Pritzker, Epstein, & Blatt, P.A.*, 3:11-cv-00298, slip. op. [Doc. 55.] (E.D. Va. Mar. 28, 2012).

Exhibit 2   *Conroy v. Citibank, N.A.*, No. 10-CV-04930-SVW-AJW, slip op. (C.D. Cal. Jul. 22, 2011).

Exhibit 3   *Yaqub v. Experian Information Solutions, Inc.*, et al., No. CV11-2190-VBF (FFMx), slip op. (C.D. Cal. Jun. 10, 2011).

Exhibit 4   Letter Opinion dated May 7, 2002 from Harold H. Deering, Jr., South Dakota Assistant Attorney General, to Richard R. Duncan, South Dakota Director of Banking.

Respectfully Submitted,

CITICORP CREDIT SERVICES, INC.

/s/
D. Margeaux Thomas
Virginia State Bar No. 75582
Attorneys for Citicorp Credit Services, Inc.
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Telephone: (703) 903-9000
Facsimile: (703) 610-8686
Email: *mthomas@milesstockbridge.com*