# EXHIBIT 2

Page: 1 Document Name: untitled

```
NOTR <==TRNCD  ACCNT#==> ███████████5211
                C/S CONTACT NOTES RETRIEVAL PROCESS
   DATE     TIME   SITE OPR-ID  ACTM TEAM ACID      DISP OVR REL DVC#/TEXT
--------  ----- ---- ------ ---- ---- --------  ---- --- --- ----
████████ ██████ ███ ████████████ ████ ████████          ████████████
10/26/99 12:09  KC    PH    VI  0024 KCP1205                  0000
         430013-PC AND/OR FEE CHG
████████ ████████████████████████████████████████          █████████
████████████████████████████████████████████████           ████████
████████████████████████████████████████████               ████
████████████████████████████████████████████               ████
██████████████████████████████████████████████             ████
█████████████████████████████████████████                  ████
```

```
ENTER HISTORICAL NOTES RETRIEVAL REQUEST :   ( R - TO INITIATE A REQUEST)
                                             ( C - TO CANCEL   A REQUEST)
FORWARD  - PF8 BACKWARD - PF7
```

Date: 2/20/2012 Time: 12:13:38 PM