EXHIBIT 4

www.citicards.com



5211031955214000005

| Account Number | Payment Due Date | New Balance | Minimum Amount Due | Enter Amount Enclosed |
|---|---|---|---|---|
| 5211 | 11/09/01 | $10319.55 | $214.00 | |

00 A1 0290 3 VA 4

Citi



DONNA HARRAH
CARROLLTON VA
23314-3917000

CITI CARDS
P.O. BOX 182564
COLUMBUS, OH
43218-2564

# Citi AAdvantage Account

AAdvantage is a registered trademark of American Airlines, Inc.

For Customer Service, call or write
1-800-950-5114

To report billing errors, write
to this address; calling will
not preserve your rights.

BOX 6500
SIOUX FALLS, SD
57117

Account Number 5211

PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME ON 11/09/2001

| Statement/Closing Date | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 10/17/2001 | $28000 | $17680 | $12000 | $12000 | $10319.55 |
| | | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| | | $0.00 + | $0.00 + | $214.00 = | $214.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | | Amount |
|---|---|---|---|---|---|---|
| | 10/01 | 42030076 | PAYMENT THANK YOU | | | -750.00 |
| 9/22 | 9/22 | C9MBTP30 | SEARS ROEBUCK | 1575 | NEWPORT NEWS VA | 49.54 |
| 9/22 | 9/22 | CTQY9P30 | ROSE'S #376 | | NEWPORT NEWS VA | 49.74 |
| 9/22 | 9/22 | T3LL9N00 | CHECKS IN THE MAIL INC | | 800-733-4443 TX | 19.58 |
| 9/29 | 9/29 | 9KN68BGJ | LERNER NY | 00003285 | HAMPTON VA | 40.49 |
| 9/29 | 9/29 | RDZM*P30 | ROSE'S #376 | | NEWPORT NEWS VA | 49.62 |
| 9/29 | 9/29 | BVRYWP30 | SEARS ROEBUCK | 1575 | NEWPORT NEWS VA | 73.14 |
| 10/11 | 10/11 | 5*ZQHDVM | GEICO | | 800-841-3000 DC | 54.00 |
| 10/12 | 10/12 | 7XSKG*12 | UNIVERSAL BU* 900SUBSRIPT | | 602-850-1200 AZ | 19.88 |
| 10/12 | 10/12 | GNM1BQ00 | DTV*DIRECTV SERVICE | | 800-347-3288 CA | 44.75 |
| | 10/17 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | | | 84.88 |

```
        *** CITI AADVANTAGE MILES UPDATE ***
Miles Accumulated This Billing Period:      401
                          Earned Miles:     401
Miles Reported To American Airlines:        401
```

PLEASE SEE THE ENCLOSED CHANGE IN TERMS NOTICE
FOR IMPORTANT INFORMATION ABOUT THE BINDING
ARBITRATION PROVISION WE ARE ADDING TO YOUR
CITIBANK CARD AGREEMENT.

The Citigroup Relief Fund will provide scholarships
for children of victims of the September 11th
tragedy. Help make their future more secure with a
tax-deductible contribution. Complete information is
available at www.citigroup.com or 1-888-441-CITI.

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $10,583.93 | $400.74 | $750.00 | $84.88 | $10,319.55 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $10,583.93 | $400.74 | $750.00 | $84.88 | $10,319.55 |

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES Standard Purch | $10,432.28 | 0.02712%(D) | 9.900% | 9.900% |
| ADVANCES | $0.00 | 0.05477%(D) | 19.990% | 19.990% |