**EXHIBIT 5**

www.citicards.com

**citi**

5211903247188000006

| Account Number | Payment Due Date | New Balance | Minimum Amount Due | Enter Amount Enclosed |
|---|---|---|---|---|
| 5211 | 12/10/01 | $9032.47 | $188.00 | |

00 A1 0290 3 VA 4

DONNA HARRAH
CARROLLTON       VA
23314-3917000

CITI CARDS
P.O. BOX 182564
COLUMBUS, OH
43218-2564

# Citi A'Advantage Account
AAdvantage is a registered trademark of American Airlines, Inc.

For Customer Service, call or write
1-888-766-CITI (2484)

Account Number  5211

To report billing errors, write
to this address; calling will
not preserve your rights.

BOX 6500
SIOUX FALLS, SD
57117

PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME ON 12/10/2001

| Statement/Closing Date | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 11/15/2001 | $28000 | $18967 | $12000 | $12000 | $9032.47 |
| | | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| | | $0.00 + | $0.00 + | $188.00 = | $188.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 10/29 | 42220022 | PAYMENT THANK YOU | -2,000.00 |
| 10/18 | 10/18 | HT919X10 | RADIO FENCE DISTRIBUTORS 941-5058220 FL | 103.00 |
| 10/28 | 10/28 | QZX80X09 | BASS SHOE 211 WILLIAMSBURG VA | 31.34 |
| 10/28 | 10/28 | YWPJW8Q3 | TOMMY HILFIGER #31 WILLIAMSBURG VA | 39.69 |
| 10/28 | 10/28 | PKZ95LR* | OSHKOSH #0080 WILLIAMSBURG VA | 55.00 |
| 10/28 | 10/28 | C32RQP30 | TIMBERLAND FACTORY #148 WILLIAMSBURG VA | 62.69 |
| 10/30 | 10/30 | 7KDGZQT* | SPRINT CARLISLE PA | 133.22 |
| 11/06 | 11/06 | ZOCKH*12 | UNIVERSAL BU* 900SUBSRIPT 602-850-1200 AZ | 19.88 |
| 11/07 | 11/07 | 4FRMQFHW | SOAPS-N-SUDS AUTO SPA HAMPTON VA | 6.00 |
| 11/08 | 11/08 | ZKSMQFHW | SOAPS-N-SUDS AUTO SPA HAMPTON VA | 7.00 |
| 11/08 | 11/08 | XX7VWP30 | SEARS ROEBUCK 1575 NEWPORT NEWS VA | 59.53 |
| 11/08 | 11/08 | 91LWRP30 | CATO-CATO PLUS #795 HAMPTON VA | 56.40 |
| 11/12 | 11/12 | 2T9G4J00 | DTV*DIRECTV SERVICE 800-347-3288 CA | 64.68 |
| | 11/15 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 74.49 |

*** CITI AADVANTAGE MILES UPDATE ***
Miles Accumulated This Billing Period:   638
Earned Miles:   638
Miles Reported To American Airlines:   638

Get 30 days of optional Citibank Credit Protector
FREE when you enroll today! Simply initial the box
in the lower left-hand corner of your billing
statement coupon. Remember to return the coupon
with your payment.

WITHIN THE LAST 30 DAYS YOU SHOULD HAVE RECEIVED AN
IMPORTANT NOTICE ABOUT ADDING BINDING ARBITRATION
TO YOUR CITIBANK CARD AGREEMENT. IF YOU WOULD LIKE
ANOTHER COPY PLEASE CALL THE CUSTOMER SERVICE
NUMBER LISTED ABOVE.

Reminder: You may be assessed an over-the-credit-
line fee if your balance exceeds your Total Credit
Line as stated above.

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | | Amount |
|---|---|---|---|---|---|---|

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $10,319.55 | $638.43 | $2,000.00 | $74.49 | $9,032.47 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $10,319.55 | $638.43 | $2,000.00 | $74.49 | $9,032.47 |

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES Standard Purch | $9,471.78 | 0.02712%(D) | 9.900% | 9.900% |
| ADVANCES | $0.00 | 0.05477%(D) | 19.990% | 19.990% |