**EXHIBIT 6**

Page: 1 Document Name: untitled

```
NOTR <==TRNCD   ACCNT#==>  ███████████5211
                    C/S CONTACT NOTES RETRIEVAL PROCESS
    DATE    TIME   SITE OPR-ID ACTM TEAM ACID    DISP OVR REL DVC#/TEXT
   -------- -----  ---- ------ ---- ---- -------- ---- --- --- ----
   ███████  █████  ████████████████████████████████      ███████
   ███████  █████  ████████████████████████████████      ███████

   10/05/01 04:47  ZZ   ZY        ZP   8000 SYSTEM
   ARBITRATION CHANGE IN TERMS NOTICE INSERT
   ███████  ████████████████████████████████████████      ███████
   ███████  ████████████████████████████████████████      ███████
   ███████  ████████████████████████████████████████      ███████
   ███████  ████████████████████████████████████████      ███████
   ███████  ████████████████████████████████████████      ███████
   ███████  ████████████████████████████████████████      ███████

   ENTER HISTORICAL NOTES RETRIEVAL REQUEST :    ( R - TO INITIATE A REQUEST)
                                                 ( C - TO CANCEL   A REQUEST)
   FORWARD - PF8 BACKWARD - PF7
```

Date: 2/20/2012 Time: 12:13:28 PM