**EXHIBIT 7**

```
Page: 1 Document Name: untitled

    _ NORMAL/ACTIVE           ▆▆▆▆▆5186 PW           RL 1 =>
NONE            SND LTR N # ...... DF N/A/B .       MODE: LG220400055 XFR Y
           MARKETING REVIEW   AA Gold WEMC SBU:00210 CUR    LANG    MULT Y
    HARRAH,DONNA                                            REA     OTHR N
 PID: 055  PREV PID: 160 PLAS: 041       GNDFR PRCE CD: 00000 GNDFR APR IDX:  3
 PID DT: 04/17/2010      GNDFR DT: 00/00/0000       VRT CODE:   000
 SBU: 00210 PRIOR SBU: 00210 SBU DT: 06/02/2011     ARB: Y       CASH RO: N
 APR IDX: 9 OCC 1 PCI:              PASS/FAIL TAG: 1  PSM SEG: 10 ELV: 99
 LOW PUR APR: 07.150     PUN IND: 7 PUN DT: 07/16/2011 P/F TAG DT: 05/16/2011
 CORE DT 00/00/1900 PFOLIO DT 12/29/2009 TRIAD DT 00/00/1900 RPBO DT 00/00/1900
 SEC:    CCCS:    ACCT TYPE: N XORG:    COLLEGE:   RELIEF:   AFF EMP:
 STUDENT:     PRISKSCR: + 221 FSRCSEG:   AAPRESC: 000.003956 AAPREDS:  019
            ACT PRIC   ACT EFF DT   REP IND   INACT PRICE   INACT EFF DT
 PURCH RATE  71434    03/16/2011      A         39050        12/29/2009
 CASH RATE   23172    12/29/2009      A         10552        03/01/2009
 FEE         25656    12/29/2009      A         21569        03/01/2009
 TERMS        5110    12/02/2005      A          4300        04/02/2005
 DISCOUNT        0    00/00/0000                    0        00/00/0000




 Date: 3/21/2012 Time: 2:50:44 PM
```