**EXHIBIT 9**

| 03/11/05 | $652.08 | $121.09 | SITE:JX-CI | TM:LG-8200 | ACID:JALG040 |
|---|---|---|---|---|---|
| PMT DUE DATE | NEW BALANCE | MIN AMT DUE | | 02/21/12 | 11:49:14: |

```
                                    CITI CARDS
                                    P.O. BOX 182564
DONNA HARRAH                        COLUMBUS, OH
                                    43218-2564
CARROLLTON              VA
23314-3917000
```

# Citi® A'Advantage® World MasterCard®
AAdvantage is a registered trademark of American Airlines, Inc.

**Account Number**
▮▮▮▮▮▮▮▮ 3582

| Customer Service: | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 888-766-CITI (2484) | $37800 | $37147 | $12000 | $12000 | $652.08 |
| BOX 6062 | Statement/ Closing Date | Amount Over Revolving Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| SIOUX FALLS, SD 57117 | 02/15/2005 | $0.00 + | $0.00 + | $121.09 = | $121.09 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 2/07 | 41257338 | **Payments, Credits & Adjustments**<br>PAYMENT THANK YOU<br>70    0000            0002 | -21,976.00 |
| 1/27 | 1/27 | HMYM2M6S | SAN DIEGO HARDWARE COM SAN DIEGO    CA<br>71    5251US        2222 | -48.95<br>85470825030 |
| 2/05 | 2/05 | G2HBJ3G3 | **Standard Purch**<br>THE POSH PEDDLER       KILL DEVIL HL NC<br>61    A5712US       2222 | 340.26<br>55436875037 |
| 2/12 | 2/12 | *HVZF181 | SURF RIDER BLUE WATER  HAMPTON          VA<br>61    B5812US       2222 | 26.14<br>85470825044 |
| | 2/15 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE<br>84    0000 | 116.09<br>0000000000 |

```
                  *** CITI AADVANTAGE MILES UPDATE ***
                  Miles Accumulated This Billing Period:       317
                                         Earned Miles:         317
                  Miles Reported To American Airlines:         317

                  Remember, with a no-preset spending limit you
                  now have more financial flexibility. But you
                  MUST PAY IN FULL any charges over the revolving
                  credit line indicated.

                  Please see the enclosed Notice of Change in Terms to
                  Your Card Agreement for important information
                  regarding changes to your Card Agreement.

                  Life Happens. But bills like this don't have to.
                  When life-changing events interrupt your income or
                  strain your budget, Credit Protector gives you some
                  breathing room when it comes to your account
                  payments. To enroll, call 1-877-612-9881.
```

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $22,194.54 | $366.40 | $22,024.95 | $116.09 | $652.08 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $22,194.54 | $366.40 | $22,024.95 | $116.09 | $652.08 |

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $15,546.57 | 0.02575%(D) | 9.400% | 9.400% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.05614%(D) | 20.490% | 20.490% |

SEND PAYMENTS TO:                                                                178